U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 2 0 2024
AT ___ O'CLOCK ___
John M. Domurad, Clerk - Albany

John Farina 60645
840 Albany Shaker Rd
Albany NY 12211

In The United States District
Court for the Northern District
Second Circuit of New York

United States of America
Plaintiff

vs.

John Farina
Defendant

Case No. 5:21-cr-00192 (FJS)
Notice of Appeal

Comes now the Defendant John Farina pro-se And hereby gives notice of Appeal from the Judgment and Sentence imposed by the Court on Dec. 11, 2024

Respectfully submitted this 16 day of Dec 2024

Copy mailed this 16 day of Dec 2024 to each of the following:

[signature]
John Farina

Stephan Lance Cimino
Suite 315
247 W. Fayette St
Syracuse NY 13202
Appointed Lawyer

Troy Anderson
U.S. Attorney
14 Durkee St Room 340
Plattsburgh NY 12901

John Farina 60645
840 Albany Shaker Rd
Albany NY 12211

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
DEC 20 2024
RECEIVED

ALBANY NY 120
18 DEC 2024 PM 4 L

FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 12211
02 7H
0006001411
$ 000.69⁰
DEC 17 2024

% Clerk
United States District Court
of Appeals Northern District
of NewYork.
James T Foley U.S. Courthouse
445 Broadway
Albany NY 12207

12207-293699

INDIGENT MAIL

LEGAL MAIL