John Farina
36294-509
Lewisburg Camp
P.O. Box 1000
Lewisburg P.A. 17837
3-26-25

Hon. Fredrick J. Scullen Jr
Supreme Court, 2nd Dept
Senior Judge
James M. Hanley Federal Bldg.
100 South Clinton St 7th Floor
Syracuse N.Y. 13261

U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
MAR 3 1 2025
AT ____ O'CLOCK ____
John M. Domurad, Clerk - Syracuse

Dear Clerk of the Court

I was sentenced Dec 11, 2024 in Hon. Scullens Court to 120 mths. At the time I submitted my intention to file an Appeal.

My Case Attorney notified me that he had been delegated to represent me on appeal. As for my plea bargain I gave up any right to appeal except for ineffective counsel.

The Situation is almost comical but in reality this is serious. I would need another attorney to represent me on appeal.

Please advise me of what procedure needs to be done to obtain an appeal attorney.

Thank you in advance

Sincerely

[signature]

John Farina 36244-509
FCI Lewisburg Camp
P.O. Box 1000
Lewisburg PA. 17837

HARRISBURG PA 171
26 MAR 2025 PM 2 L

Keep Safety in View as We Drive the Route
#USPSVehicleAwareness
2022

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
MAR 3 1 2025
RECEIVED

Clerk of the Court
Hon. Fredrick J. Scullen
Senior Judge, Supreme Court
James M. Hanley Fed. Bldg.
100 S. Clinton St. 7th Floor
Syracuse NY 13261

13261-610599